1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Howard S. Han (SBN 243406)
4  hhan@donigerlawfirm.com
   603 Rose Avenue
5  Venice, California 90291
6  Telephone: (310) 590-1820

7  Attorneys for Plaintiff
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY DIRECT CORP., *et al.*,<br><br>Defendants. | Case No.: CV14-9704-R (AGRx)<br>*Hon. Manuel L. Real Presiding*<br><br>**NOTICE OF SETTLEMENT** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:*

PLEASE TAKE NOTICE THAT that a complete resolution of all claims at issue in this case has been reached and the parties are in the process of finalizing said agreement. Plaintiff expects to file a dismissal within thirty (30) days.

Respectfully submitted,

DONIGER /BURROUGHS

Date: August 14, 2015        By:    /s/ Howard S. Han
                                    Stephen M. Doniger, Esq.
                                    Howard S. Han, Esq.
                                    Attorneys for Plaintiff